IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wright, Maggie | Case Number: 08 B 18720 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 9/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 2. | Nationwide Cassel | Unsecured | 274.53 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 18.50 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 51.45 | 0.00 |
| 5. | Aurora Chicago Lakeshore | Unsecured | 40.08 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 543.33 | 0.00 |
| 7. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 8. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 9. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 12. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 13. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 14. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 15. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 16. | PLS Financial | Unsecured |  | No Claim Filed |
| 17. | Andre Kovalenko | Unsecured |  | No Claim Filed |
|  |  |  | $ 927.89 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wright, Maggie | Case Number:  08 B 18720 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/10/08 | Filed:  9/3/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

